# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

**DEBTOR INFORMATION:**
Juan Manuel Orozco

**BANKRUPTCY NO.** 2:09–bk–26702–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–9706
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/16/09

**Address:**
9219 Pace Ave
Los Angeles, CA 90002

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)   pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

   (a)   debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence; and

   (b)   the court grants the Motion.

Dated: September 16, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13c VAN–152) Rev. 03/09

**13 / CJS**